JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCO ESCALANTE, | ) No. C 08-2242 PJH |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO EXTEND DATES;** |
|  | ) **and [P~~ROPOSED~~] ORDER** |
| MICHAEL CHERTOFF, Secretary of Homeland Security, | ) |
| Defendant. | ) |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about April 30, 2008, and Defendants' response is due on July 1, 2008.

   2. Pursuant to this Court's May 5, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on August 7, 2008, and attend a case management conference on August 14, 2008.

   3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Time
C08-2242 PJH                                    1

| | | |
|---|---|---|
| 1 | Last day to file Defendants' Answer: | August 28, 2008 |
| 2 | Last day to file Joint ADR Certification: | September 4, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | September 18, 2008 |
| 4 | Case Management Conference: | September 25, 2008, at 2:30 p.m. |

Date: June 26, 2008                     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: June 26, 2008                     JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/7/08                     _____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Time
C08-2242 PJH                     2