1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
12 MARCO ESCALANTE,                 )   No. C 08-2242 PJH
                                    )
13            Plaintiff,            )   **STIPULATION TO EXTEND DATES;**
       v.                           )   **and [P~~ROPOSED~~] ORDER**
14                                  )
   MICHAEL CHERTOFF, Secretary of   )
15 Homeland Security,               )
                                    )
16            Defendant.            )
                                    )
17

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to the following:

20     1. Plaintiff filed this action on or about April 30, 2008, and Defendants' response is due on

21 July 1, 2008.

22     2. Pursuant to this Court's May 5, 2008 Order Continuing the Case Management Conference,

23 the parties are required to file a joint case management statement on August 7, 2008, and attend a

24 case management conference on August 14, 2008.

25     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

26 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

27 ask this Court to extend the dates in the Court's scheduling order as follows:

28

Stipulation to Extend Time
C08-2242 PJH                              1

| | | |
|---|---|---|
| 1 | Last day to file Defendants' Answer: | August 28, 2008 |
| 2 | Last day to file Joint ADR Certification: | September 4, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | September 18, 2008 |
| 4 | Case Management Conference: | September 25, 2008, at 2:30 p.m. |

Date: June 26, 2008                                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: June 26, 2008                         _____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/7/08                                _____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Time
C08-2242 PJH                                        2