| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
|   | FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARCO ESCALANTE, | ) | No. C 08-2242 PJH |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | **STIPULATION TO VACATE DATE;** |
| v. | ) | **and [P~~ROPOSED~~] ORDER** |
|  | ) | |
| MICHAEL CHERTOFF, Secretary of | ) | |
| Homeland Security, | ) | |
|  | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 30, 2008.

2. On August 27, 2008, Defendant filed a motion to dismiss the Complaint, noticing a hearing date of October 29, 2008.

3. The parties are currently scheduled to appear for a case management conference on September 25, 2008, with a joint case management statement due seven days prior.

4. The parties hereby respectfully ask this Court to vacate the initial case management conference and to reset it, if necessary, to a date after the Court has had a chance to decide

///

///

Second Stipulation to Extend Time
C08-2242 PJH                                              1

1  Defendant's motion to dismiss.

2  Date: September 5, 2008                    Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
4                                             United States Attorney

5                                                    /s/
6                                             ILA C. DEISS[1]
                                              Assistant United States Attorney
7                                             Attorneys for Defendant

8

9                                                    /s/
   Date: September 5, 2008                    JONATHAN KAUFMAN
10                                            Attorney for Plaintiff

11
                                        **ORDER**
12
       Pursuant to stipulation, IT IS SO ORDERED.
13

14  Date: 9/9/08

                                        *IT IS SO ORDERED*
                                        *Judge Phyllis J. Hamilton*
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Second Stipulation to Extend Time
C08-2242 PJH                              2