UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO ESCALANTE,

    Plaintiff(s),

    v.

MICHAEL CHERTOFF, Secretary of Homeland Security,

    Defendant(s).
_____/

No. C 08-2242 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss for lack of subject matter jurisdiction,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: October 31, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge